# United States District Court

———————————— DISTRICT OF ————————————

JOSe PereZ

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Intel Security International ,Inc.,
Reza Shahid-Pour,
William McCrink

TO: (Name and address of defendant)

Reza Shahid-Pour
8275 S.W. 152nd Avenue, Unit 516
Miami, FL 33196

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. H. ZIDELL, P.A.
CITY NATIONAL BANK BUILDING
300 SEVENTY FIRST ST., SUITE 605
MIAMI BEACH, FLORIDA 33141

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

MAR 1 1 2003

———————————————————          ———————————————————
CLERK                                      DATE

———————————————————
(BY) DEPUTY CLERK